Date: 12/09/09        DIVIDENDS REMITTED TO THE COURT        Page:

Recpt. 149500

Case Number 07-12471 - RUSSELL, HEATHER N.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Lake County Department of Utilities<br>125 E. Erie St., Ste. #7<br>Painesville, OH 44077 | 000001 | 50.20 | 3.59 ck<br>116 |
| Remittance Total | | 50.20 | 3.59 |

*[signature]*
LAUREN A. HELBLING, Trustee

*[Filed stamp: 09 DEC 11 AM 11:29 — CLERK U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, CLEVELAND]*

COURT1        Printed: 12/09/09 03:57 PM    Ver: 15.02

07-12471-aih    Doc 61    FILED 12/11/09    ENTERED 12/11/09 14:25:07    Page 1 of 1